DOLLY C. HOBBS, APPELLEE, V. JOHN V. WARMAN, IMPLEADED WITH CATHERINE MCCORMICK, APPELLANT.

FILED FEBRUARY 6, 1902. No. 11,128.

Judgment: PRESUMPTION. Judgments and orders of the district court are presumptively right and will not be reversed, unless error affirmatively appear in the record.

APPEAL from the district court for Custer county. Heard below before SULLIVAN, J. *Affirmed.*

*J. R. Dean,* for appellant.

*C. L. Gutterson* and *Roscoe Pound, contra.*

PER CURIAM.

This is an appeal from an order confirming a judicial sale. The questions raised are questions of fact only. The evidence upon which the court acted is not in the record. The presumption is that the decision is right, and the order is therefore

AFFIRMED.